Ann K. Sullivan, *pro hac vice*
VA Bar No.: 17762
Melissa M. Picco, *pro hac vice*
VA Bar No.: 43046
CRENSHAW, WARE & MARTIN, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: 757-623-3000
asullivan@cwm-law.com
mpicco@cwm-law.com

Charles Balch Perkins
CA Bar No.: 126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q,
Los Gatos, CA 95030
Telephone: 408-399-4566
cbperk@earthlink.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division


**PEGGY L. HAWKES,**
       **Plaintiff,**

v.                                                  Civil Action No.: 5:10-cv-05957-EJD

**HEWLETT-PACKARD COMPANY,**
       **Defendant.**

~~PROPOSED~~ ORDER

This matter came before this Court on counsel for Plaintiff's Motion to participate in the Case Management Conference via telephone, pursuant to Civil L.R. 16-10.

Pursuant to the Motion and the consent of all parties to the same, it is hereby

ORDERED that Plaintiff's Motion to participate in the Case Management Conference via telephone is GRANTED.

DATED: 29th of July, 2011.


HONORABLE EDWARD J. DAVILA
UNITED STATES JUDGE


By:   /s/ Ann K. Sullivan
Ann K. Sullivan, *pro hac vice*
VA Bar No.: 17762
Melissa M. Picco, *pro hac vice*
VA Bar No.: 43046
CRENSHAW, WARE & MARTIN, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: 757-623-3000
asullivan@cwm-law.com
mpicco@cwm-law.com


By:   /s/ Charles Balch Perkins
Charles Balch Perkins
CA Bar No.: 126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q,
Los Gatos, CA 95030
Telephone: 408-399-4566
cbperk@earthlink.net

*Counsel for Peggy L. Hawkes, Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on July 28, 2011, which will send notification of this filing to counsel.

Laura J. Maechtlen, Esq.
Eric M. Lloyd, Esq.
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lmaechtlen@seyfarth.com
elloyd@seyfarth.com
Attorneys for Defendant
HEWLETT-PACKARD COMPANY


    /s/ Ann K. Sullivan
Ann K. Sullivan, *Pro Hac Vice*
Virginia State Bar No. 17762
Melissa M. Picco, pro hac vice
VA Bar No.:  43046
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Fax: (757) 623-5735
asullivan@cwm-law.com
mpicco@cwm-law.com

    /s/ Charles Balch Perkins
Charles Balch Perkins
(FLYNN, ROSE & PERKINS)
59 North Santa Cruz Avenue, Suite Q,
Los Gatos, CA 95030
Telephone: 408-399-4566
cbperk@earthlink.net

*Counsel for Peggy L. Hawkes, Plaintiff*