| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Laura J. Maechtlen (SBN 224923) lmaechtlen@seyfarth.com<br>Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com |
| 3 | 560 Mission Street, 31st Floor<br>San Francisco, California  94105 |
| | Telephone:  (415) 397-2823 |
| 4 | Facsimile:  (415) 397-8549 |
| 5 | Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| PEGGY L. HAWKES, | ) | Case No. CV-10-05957-EJD |
| Plaintiff, | ) ) | [PROPOSED] ORDER RE DEFENDANT HEWLETT-PACKARD COMPANY'S |
| v. | ) ) | MOTION TO REQUEST APPEARANCE BY TELEPHONE AT THE CASE |
| HEWLETT-PACKARD COMPANY, | ) ) | MANAGEMENT CONFERENCE |
| Defendant. | ) ) ) ) | Date:  August 19, 2011<br>Time:  10:00 a.m.<br>Before Hon. Judge Edward J. Davila |

This matter came before this Court on counsel for Defendant's motion to attend the Case Management Conference by CourtCall telephone appearance, pursuant to Civil L.R. 16-10.

Pursuant to the Motion and the consent of all parties to the same, IT IS HEREBY ORDERED that Defendant's Motion to attend the Case Management Conference by CourtCall telephone appearance is GRANTED

IT SO ORDERED.

DATED: August 16, 2011

_____
Hon. Judge Edward J. Davila
United States District Court Judge

13654578v.1

1

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO REQUEST APPEARANCE BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE / CASE NO. CV-10-05957-EJD